IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| VICTOR L. GATEWOOD, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv00189 SWW |
| | * | |
| | * | |
| LITTLE ROCK NATIONAL AIRPORT, | * | |
| | * | |
| Defendant. | * | |

## ORDER

On March 26, 2010, plaintiff Victor L. Gatewood filed a pro se complaint pursuant to Title VII, 42 U.S.C. §§ 2000e *et seq*. against the Little Rock National Airport along with a motion to proceed in forma pauperis. By Order entered March 29, 2010 [doc.#6] the Court granted plaintiff's motion for leave to proceed in forma pauperis (having been provisionally granted by the Clerk of Court). Prior to ordering service, however, the Court directed that plaintiff file an amended complaint, noting that plaintiff claims race discrimination in the termination of his employment but only alleges the following:

> First was that I was suspended while on break next that I was discharged for being insubordinate and was not even on the time clock to start work.

Finding plaintiff's complaint much to vague and conclusory to warrant service, the Court directed that within 30 days of the date of entry of the Order, plaintiff file an amended complaint that specifically and clearly states the following: (1) the name of each individual personally involved in the actions at issue in the complaint; (2) how each individual was personally involved in those actions; and (3) how each individual discriminated against plaintiff. In addition, the Court directed that plaintiff attach to his complaint his charge of discrimination filed with the Equal Employment Opportunity Commission. Plaintiff was also notified of Local

Rule 5.5(c)(2), which states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."[1]

Plaintiff has not filed an amended complaint as directed by the Court and it has been more than 30 days since the Court issued its March 29th Order to amend with no communication from the plaintiff; it appears he has lost interest in this matter. Accordingly, the Court dismisses this action without prejudice pursuant to Local Rule 5.5(c)(2) for plaintiff's failure to respond to this Court's Order and prosecute this action.

IT IS SO ORDERED this 13th day of May 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] That same day, the Court issued the following Order [doc.#8]: "The Court's attention has been directed to the fact that plaintiff herein is presently proceeding pro se. The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to so comply can result in dismissal of plaintiff's claim. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the Clerk of the Court for the Eastern District of Arkansas. In addition, said rules may be accessed from the internet website of the United States District Court for the Eastern District of Arkansas. Plaintiff is hereby instructed to be familiar and comply with said rules."