IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| VICTOR L. GATEWOOD, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv00189 SWW |
| | * | |
| | * | |
| LITTLE ROCK NATIONAL AIRPORT, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 13th day of May 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE