IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| VICTOR L. GATEWOOD, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv00189 SWW |
| | * | |
| | * | |
| LITTLE ROCK NATIONAL AIRPORT, | * | |
| | * | |
| Defendant. | * | |

<u>ORDER</u>

On March 26, 2010, plaintiff Victor L. Gatewood filed a pro se complaint pursuant to Title VII, 42 U.S.C. §§ 2000e *et seq*., against the Little Rock National Airport along with a motion to proceed in forma pauperis. The Court granted plaintiff's motion for leave to proceed in forma pauperis (having been provisionally granted by the Clerk of Court). Prior to ordering service, however, the Court, by Order entered March 29, 2010 [doc.#6] and again May 27, 2010 [doc.#14], directed that plaintiff file an amended complaint, noting that plaintiff claims race discrimination in the termination of his employment but only alleges the following:

> First was that I was suspended while on break next that I was discharged for being insubordinate and was not even on the time clock to start work.

Finding plaintiff's complaint much to vague and conclusory to warrant service, the Court directed that within 30 days of the date of entry of the Order (the latest being May 27, 2010), plaintiff file an amended complaint that specifically and clearly states the following: (1) the name of each individual personally involved in the actions at issue in

the complaint; (2) how each individual was personally involved in those actions; and (3) how each individual discriminated against plaintiff. In addition, the Court directed that plaintiff attach to his complaint his charge of discrimination filed with the Equal Employment Opportunity Commission (EEOC).

On June 25, 2010, plaintiff filed a letter [doc.#16], which has been docketed as a "Response" to this Court's Order to file an amended complaint. The Court construes this letter/response as plaintiff's timely amended complaint.[1] Plaintiff's motion for leave to proceed in forma pauperis having previously been granted, plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefor.

IT IS THEREFORE ORDERED that, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and original and amended complaint [doc.#'s 2 and 16] on the defendant in this action.

The Marshall shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 22nd day of July 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Although plaintiff has not attached to his amended complaint his charge of discrimination filed with the EEEOC as ordered by the Court, he has attached his right to sue letter to his original complaint. The Court will for the time being dispense with its earlier requirement that plaintiff attach to his amended complaint his EEOC charge of discrimination.