IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| VICTOR L. GATEWOOD, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10cv00189 SWW |
| | * | |
| | * | |
| LITTLE ROCK NATIONAL AIRPORT, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice. As a condition to refiling this action, plaintiff must pay all reasonable costs incurred by defendant to date, including attorney's fees.

IT IS SO ORDERED this 18th day of March 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE